KRISTEN SARNA (DC Bar No. 90018405)
United States Department of Justice
Energy & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 532-3315
Kristen.Sarna@usdoj.gov

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| BURGESS PIGMENT COMPANY,<br>*Plaintiff*,<br>v.<br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br>*Defendant*. | Case No. 5:25-cv-309-TES<br><br>**UNOPPOSED MOTION FOR LEAVE TO LODGE MATERIALS WITH THE COURT** |

Federal Defendant United States Environmental Protection Agency (EPA) requests leave of Court to lodge the public compilations of the 2016 and 2020 CDR reporting submissions using a flash drive. Plaintiff Burgess Pigment Company ("Burgess") does not oppose the requested relief.

On October 14, 2026, this Court issued an order on the motion to complete or supplement the administrative record filed by Burgess. Dkt. No. 38. The Court ordered EPA to file the public compilations of the 2016 and 2020 CDR reporting submissions by October 28, 2026.

These compilations are zip files of spreadsheets,[1] which cannot easily be filed using ECF. Therefore, EPA requests leave to lodge these compilations by sending a flash drive to the Court.

Dated: October 20, 2026

Respectfully submitted,

*/s/ Kristen Sarna*
KRISTEN SARNA
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 532-3315
Email: Kristen.Sarna@usdoj.gov

*Counsel for Federal Defendant*

[1] The files are currently available for download on EPA's website at https://www.epa.gov/chemical-data-reporting/using-2016-cdr-database and https://www.epa.gov/chemical-data-reporting/access-cdr-data#2020.

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2026, I electronically filed the foregoing with the Court by using the CM/ECF system, which will send a notification to the attorneys of record in this matter, who are registered with the Court's CM/ECF system.

Dated: October 20, 2026

*<u>/s/ Kristen Sarna</u>*
KRISTEN SARNA
*Counsel for Federal Defendant*